# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

FILED OCT 20 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Nicholas Bargati     27662-018

**(Enter above the full name of the plaintiff or plaintiffs in this action).**     *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     **CIVIL ACTION NO.** 5:11-0778
*(Number to be assigned by Court)*

Bureau of Prisons
FCI Beckley
Joel Ziegler

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

       Yes _____     No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

    Plaintiffs: _____

    _____

    _____

    Defendants: _____

    _____

    _____

    2. Court (if federal court, name the district; if state court, name the county);

    _____

    _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** FCI Beckley

    A. Is there a prisoner grievance procedure in this institution?

        Yes X      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes X   &   No X

    C. If you answer is YES:

        1. What steps did you take? talked & enajed to staff members

        2. What was the result? I was Stone walled

    D. If your answer is NO, explain why not: Staff Refuse to let me file complaint

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Nicholas N. Barbati

       Address: Po Box 350 Beaver WV 25813

    B. Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: FCI Beckley & Bureau of Prisons

is employed as: _____

at 1600 Industrial Road - Beaver WV, 25813

D. Additional defendants: Joel Ziegler, Ms Mosley, Mr Ray, Mr grines

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have indigdent court appointed counsel Staff is Refusing me access to my Counsel & Refusing me access to & the ability to contact News media Resources thru phone and or email. Staff is holding my mail for extended periods of time (Ref 6:11-CV-0121I-GAP-KRS) I did not recieve the 20 day notice to amend my complaint

4

**IV. Statement of Claim (continued):**

until after my action was dismissed. Staff has used policy & punishment to deny me communication with the outside world. Staff has restricted replys by mail from News Media outlets citing Security reasons. I am unable to contact my court appointed counsler In a timley matter (Ref 10-15970cc, 10-15971-cc, & 10-15972-cc) thus providing me with Ineffictive assitance of Counsel in the aforementioned cases. I am also reciving differnatal treatment because of my charges

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am requesting a Summery judgement court order to allow me to communicate with Counsel of Record & established credible News Media outlets by phone &/or email so that I may be able to communicate In a time efficient matter & be able to report on the conditions of my confinment to the outside world.

5

**V.      Relief (continued)):**

_____

_____

_____

_____

_____

_____

**VII.    Counsel**

   A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

   _____

   B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

                  Yes _____          No  ✗

   If so, state the name(s) and address(es) of each lawyer contacted:

   _____

   _____

   If not, state your reasons: _I am unable to have contact with the outside world_

   C.    Have you previously had a lawyer representing you in a civil action in this court?

                  Yes _____          No  ✗

If so, state the lawyer's name and address:

_____

_____

Signed this __11th__ day of __October__, 20__11__.

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 11th 2011__.
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

| BP-A0740 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| JUN 10 | REQUEST FOR INMATE TELEPHONE RESTRICTION | FEDERAL BUREAU OF PRISONS |

**INSTRUCTION:** This form is used by staff to request the Warden's approval to impose a telephone restriction in accordance with the policy on Telephone Regulations for inmates. This form is used when the telephone restriction requested relates to the inmate's PSF - Serious Telephone Abuse, or a pending investigation or disciplinary action for possible telephone abuse. A telephone restriction for one of these purposes must be necessary to protect the safety, security, or good order of the institution, or to protect the public. A telephone restriction imposed **pending** investigation or disciplinary action for possible telephone abuse is limited to 30 days duration and must be renewed at the of the 30 day period, or be automatically discontinued by Trust Fund Branch staff. Inmates dissatisfied with the Warden's decision may appeal through the Administrative Remedy Program.

| Inmate's Name | Reg. No. | Institution |
|---|---|---|
| Barbati, Nicholas | 27662-018 | FCI Beckley |

**Part I - Request for Telephone Restriction** (For the following reason(s) insert a brief description)

Inmate Barbati arrived at FCI Beckley on February 15, 2011. According to his PSI, Barbati was convicted of phoning false threats towards the Space Shuttle launch, multiple false calls to law enforcement agencies worldwide, and false calls to the U.S. Coast Guard of false bomb threats and sinking ships that resulted in a large search at night in choppy seas. Inmate Barbati was designated with a Public Safety Factor of Phone Abuse. As such policy requires a review to determine his appropriateness for telephone privileges. Additionally, policy requires that inmate Barbati be provided access to the phone at least once a month.

The above - inmate is recommend for the following telephone restriction; insert description and termination date, if applicable:

Based on inmate Barbati's propensity to use the phone for illegal conduct and the Bureaus requirement to provide him one phone call a month. I recommend inmate Barbati be approved for 15 minutes a month. Inmate Barbati's conduct will be evaluated by his unit team at his subsequent program reviews to determine if additional time is warranted and proper action taking at that time.

| Requesting Staff Member's Name (Printed and Signature) | Title | Date Signed |
|---|---|---|
| Michael J. Snow | Pine Unit Manager | 05/18/2011 |

**Part II - Warden's Consideration:** the telephone restriction requested is (check one):

| ☑ APPROVED<br>☐ DENIED | Warden's Signature | Date Signed<br>5/19/11 |
|---|---|---|

**Part III - Distribution:** A copy of this form was delivered to the inmate on the date of: 5-18-2011

By: Delivering Staff Member's Printed Name and Signature
M. Sakh

Original - Inmate; Copy - Trust Fund Section; Copy - Inmate Central File, Section 3, unless FOI Exempt

PDF                    Prescribed by P5264

TRULINCS 27662018 - BARBATI, NICHOLAS - Unit: BEC-P-C

---

FROM: 27662018
TO: Warden
SUBJECT: ***Inmate to Staff Message***
DATE: 4/18/2011 4:54:02 PM

I have seen the executive staff @ mainline !!!!!!! please respond
-----Warden on 04/18/2011 01:47 PM wrote:
>
Please see the Executive Staff at mainline.
>>> ~^!"BARBATI, ~^!NICHOLAS" <27662018@inmatemessage.com> 4/15/2011 1:01 PM >>>
To: Pine-Bl
Inmate Work Assignment: Pm orderly

Dear Mr. Warden
I am currently blocked from using the phone system due to an alleged public safety factor. I feel that it is an non issue becasue when i came here my phone was turend on. later on Staff turend off my phone priviliges and restricted me from using the phone. I feel that once my phone was turend on that it became a non issue and it is now punishment. I feel this punishment is unjustified and warrantless. I also feel it a violation of my right as an individual and denied the right to due process. I am also being denied access to legal counsel to court appointed indigent counsel for a sentence that i am currently incracted for. this is a direct violation of my constutional rights. at this time i am requesstioning that my phone privilages be fully restored and that i recieve hardship credit of time and a half for being punished with out due process. thank you for you time and understanding in this matter. I have talked to the execetive staff mr fowler, Mr snow the captin and the aw i have now made my way to you as the final step of the informal remedy procedure.
Sincely
Nicholas Barbati
This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy."

TRULINCS 27662018 - BARBATI, NICHOLAS - Unit: BEC-P-C

----------------------------------------------------------------------------------------------------

FROM: 27662018
TO: Warden
SUBJECT: ***Inmate to Staff Message***
DATE: 5/23/2011 2:18:40 PM

update from email on 4/18/11
i have been granted 15 minutes a month phone however inmate is still being denied the ability to effictevly communicate with his counsel. inmate is also being denied access to court appointed indgent counsel. inmate requests either full restoration of phone privilges which were taken with out cause. inmate will point out that there is no phone abuse priviliages while within the system so the imposed phone restriction is meritless and is further hardship place upon inmate. inmate will aslo point that that he is 598 miles from home. bop policy is 500 mile limit to inmates knowledge. inmate is also requesting the appointment of hardship time for this imposed hardship. becasue inmate is being denied effective assitance of counsle inmate has the ability to bypass the adim remedy process and file a 1983 directly. inmate main purpose of requesting phone is to aquire proper paper work to recieve his full jail time credit. which should have commenced on march 12 2010.
listen i dont like emailing you and im sure you dont like getting emails from me all im trying to do is get my jail time credit squared away so i can partake in the rdap program. im doing college clases, yoga calistechts im programing im triyng to come out a better person and leave here. so help me resolve this please

TRULINCS 27662018 - BARBATI, NICHOLAS - Unit: BEC-P-C

----------------------------------------------------------------------------

FROM: 27662018
TO: Warden
SUBJECT: ***Inmate to Staff Message***
DATE: 10/03/2011 05:31:34 PM

To: pINE BL
Inmate Work Assignment: F/S TRAIN


update i have talked to ms mosley
she was unable to assit in  ameliorating the situation. at this time i am requsting that my email be fully restored. so that i may
remain in contact with my lawyer and news media correspondence.
-----Warden on 9/29/2011 3:10 PM wrote:

>
Please see the Executive Staff at mainline.

>>> ~^!"BARBATI, ~^!NICHOLAS" <27662018@inmatemessage.com> 9/29/2011
2:49 PM >>>
To: pINE BL
Inmate Work Assignment: F/S TRAIN




SUBJECT INCEDENT REPORT# 2197618

i am writing this email in refernced to the above incdent and resulting
punishment from it. as you are currently aware i have a telephone
restricton placed upon me by bop for my instant offense of incraction @
this facility. by fci beckley implementing the dho snactioned punishment
of 6 months no email this facility has inadverently violated several of
my rights. i currently have 3 appeals and 2 civil actions in federal
court and have indigent court appointed counsel for said matters. with
aformentioned on going cases it becomes imperatively important to remain
in active contact with indigent court appoint counsel. I am currently
expierncing diffuclties with recieivng and sending mail from this
instution with time related matters. ( refernce case no
6:11-cv-1211-orl-31krs)i did not recieve the court letter notifing me of
a 20 day time period to refile my complaint till after 40 days after
that 20 time period. being as condiotions exist. I am requesting
restortaion of my email to remain in contact with the courts (thru
counsel) being as i have talked to my unit team and other staff members
of this facilty. and following the proper chain of command regarding
this issue i am now forwarding this issuee to you as is proper in the
informal remedy process. If staff is unable to provide a viable
alternative to email to contact my lawyer and recieve emails legal
orginzations such as Famm, Freedom america, and so forth i would be more
than willing to accept. however at this current time. this facility and
its policy are creating deliberate indiffernce, and is denying me my
constutional acces to the courts. I hope that we may recitify this issue
as soon as possbile. i thank you for taking the time to adress this

TRULINCS 27662018 - BARBATI, NICHOLAS - Unit: BEC-P-C
------------------------------------------------------------------------------------

matter and correct it.
Sincerly
Nicholas N. Barbati

This message is intended for official use and may contain SENSITIVE information. If this message contains SENSITIVE information, it should be properly delivered, labeled, stored, and disposed of according to policy.?

## INSTRUCTIONS FOR FILING A COMPLAINT BY A
## PRISONER UNDER CIVIL RIGHTS ACT, 42 U.S.C. § 1983

> NOTICE: The law has changed! The Prisoners Litigation Reform Act requires prisoners to exhaust available administrative remedies before filing a suit with respect to the conditions of confinement or the effects of action by government officials on the lives of persons confined in prison. In addition, the Act requires a prisoner to pay a **$350.00 filing fee**, although the fee may be paid in installments.

**These forms are not to be used for filing a Petition for Writ or Habeas Corpus, or to challenge the validity of a state conviction for a criminal offense.**

Enclosed are four copies of a Complaint form with one Application to Proceed In Forma Pauperis and Affidavit, an Explanation of Filing Fees and Proceeding In Forma Pauperis, an Authorization to Release Institutional Account Information and To Pay Filing Fee, and three U.S. Marshal Process and Receipt Forms.

1. Your Complaint can be brought in this Court only if one or more of the named defendants are located within the Southern District of West Virginia (counties south of and including Wood, Wirt, Roane, Clay, Nicholas and Greenbrier), or if your claim arose in this District. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

2. You must file an original complaint plus one copy of the complaint for each defendant you name. Use 8-1/2 X 11 inch paper. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. The original complaint must bear an original signature from each plaintiff. Your complaint must be legibly written or typewritten and you are required to give facts. THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. The plaintiff or plaintiffs must include his/her inmate registration number. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

3. If you have $350.00, send a check or money order for $350.00 per complaint payable to "Clerk, U.S. District Court". If you are unable to pay the $350.00 filing fee, complete and sign an Application to Proceed in Forma Pauperis and Affidavit for each plaintiff (see Explanation of Filing Fees and Proceeding In Forma Pauperis).

4. Complete and sign one U.S. Marshal Process and Receipt Form for each defendant named in the complaint.

5. When all these forms are completed, mail them to:   Clerk, United States District Court
   110 North Heber Street, Room 119
   Beckley, WV 25801

6. Documents certified as true under penalty of perjury do not need to be notarized. See 28 U.S.C. § 1746.



CLERK
UNited States district Court
110 North heber st, Rm 119
Beckley WV, 25801

<>27662-018<>
Nicholas Barbati
Beckley 27662-018
P. O. Box 350
Federal Corr Facility
Beaver, WV 25813
United States

2.25
3.50
13.75

15.75
31.10

2.75
3.50
2.25
5.10
.4.45
18.05

5.75
6
13.75
2.75
16.50

5.75
5.10
4.45
15.30
8
23.30

2.75
8
2.25
3.50
.50

5.10
4.45
9.55

16.50
49.55
26.05
1.05
25.00

QUALITY PARK 9 1/2 x 12 1/2